**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                :         Chapter 13
    Lester Young,
                                      :

                                      :

        Debtor            :         Bankruptcy No. 21-10909-mdc

**ORDER**

AND NOW, this 20th day of May 2021, it is

ORDERED that since the debtor has failed to timely file the documents required by the order dated April 6, 2021, this case is hereby DISMISSED.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

Certification Concerning Credit Counseling and/or
    Certificate of Credit Counseling
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2 - If Applicable
Schedules A/B-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106